# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tamara Wissmueller, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>Cricket Media, Inc.,<br><br>                Defendant. | Case No. 22-cv-12284<br><br>Hon. George Caram Steeh<br><br>Mag. Judge Curtis Ivy, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tamara Wissmueller hereby dismisses without prejudice all claims against Cricket Media, Inc.

Dated: December 22, 2022        Respectfully submitted,

                                              By: */s/ E. Powell Miller*
                                              E. Powell Miller (P39487)
                                              Sharon S. Almonrode (P33938)
                                              **THE MILLER LAW FIRM, P.C.**
                                              950 W. University Drive, Suite 300
                                              Rochester, MI 48307
                                              Tel: 248.841.2200
                                              epm@millerlawpc.com
                                              ssa@millerlawpc.com

                                              Joseph I. Marchese (P85862)
                                              jmarchese@bursor.com
                                              Philip L. Fraietta (P85228)
                                              pfraietta@bursor.com
                                              **BURSOR & FISHER, P.A.**

888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107

*Proposed Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com